# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>James Oxley<br><br>*Defendant(s)* | Case No. 24-mj-3002 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 22, 2024__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(B)(4); | Possession of Child Pornography |
| 18 U.S.C. § 2252(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Sara Angelosanto, HSI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 12/22/24

*Judge's signature*

City and state: Tampa, FL    Honorable Lindsay Griffin
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Angelosanto, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I am currently assigned to HSI, Special Agent in Charge (SAC), Tampa, Florida. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2251, 2252 and 2252A, which criminalize the production, possession, receipt, and transmission of child pornography. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography. I have investigated, conducted searches and arrests, and assisted with other agents' cases pertaining to these types of investigations. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

2. I submit this affidavit in support of an application for a criminal complaint and arrest warrant for James Oxley ("**OXLEY**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **OXLEY** transported child pornography, in violation 18 U.S.C. § 2252(a)(1) and possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4)(b).

3. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, law enforcement officers, agency reports, and the review of documents

provided by witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **OXLEY**, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

4. Title 18, United States Code, Section 2252(a)(1) prohibits a person from knowingly transporting child pornography using any means or facility of interstate or foreign commerce, by any means, including by computer.

5. Title 18, United States Code, Section 2252(a)(4)(b) prohibits a person from knowingly possessing any visual depiction of minors engaging in sexually explicit conduct using any means or facility of interstate commerce or affecting interstate commerce.

## PROBABLE CAUSE

6. On or about December 22, 2024, James **OXLEY** attempted to make entry at the Tampa seaport on board Margaritaville at Sea's Islander[1]. The ship's itinerary included embarkation in Tampa, Florida on December 17, 2024. The first stop was in Cozumel. Mexico, then Progreso, Merida, Mexico, and ultimately returning to Tampa, Florida on December 22, 2024.

7. In April 2012, **OXLEY** was adjudicated guilty in Orange County, Florida, on three counts of possession of a photograph or picture showing the sexual performance by a child, in violation of Florida Statute 827.071(5). This conviction required **OXLEY** to register as a sexual offender. Due to **OXLEY's** sex offender

---

[1] Islander is a Spirit-class cruise ship, a large passenger ship, operated by Margaritaville.

registry status, he was referred to secondary inspection by Customs and Border Protection (CBP). While in secondary inspection, CBP Officers, discovered **OXLEY** was in possession of an iPhone 13. **OXLEY** provided the passcode to his iPhone 13. During initial inspection, CBP Officers observed child pornography in the "Recently Deleted" folder. CBP Officers then contacted HSI Special Agents for further investigation.

8.   Upon arrival, HSI Special Agents confirmed the images observed by CBP Officers were child pornography and child erotica. Upon further examination of the iPhone 13, Special Agents determined the iPhone 13 was manufactured outside of the United States.

9.   Initial searches of **OXLEY**'s iPhone 13 revealed approximately 2,041 images and 6 videos in a folder tilted "Recently Deleted," only 17 of which were not child pornography or child erotica. All the images of child pornography and child erotica appeared to have been deleted on or about December 21, 2024. Of the images and videos in the "Recently Deleted" folder, Special Agents observed at least 50 images of child pornography and 100 images of child erotica. Three of the images within the "Recently Deleted" folder can be described as follows[2]:

> a.   This image is located on the fifth column of five when opened by Special Agents. The image appears to depict a prepubescent female between the ages of five and eight. The prepubescent female's clothing is pulled up around her waist as she is sitting with her legs splayed to

---

[2] HSI Tampa can only view the images within the "Recently Deleted" folder as thumbnails in order to avoid altering forensic data.

the side. The prepubescent female's genitals are exposed to the camera. The prepubescent female's genitals are the sole focus of the camera.

b.   This image is located on the first column of five when opened by Specia Agents. The image appears to depict a prepubescent female between the ages of four and seven. This image appears to be a still shot from a well-known child pornography series. The prepubescent female is providing oral sex on an adult male penis.

c.   This image is located on the third column of five when opened by Special Agents. The image appears to depict a prepubescent female between the ages of five and eight. The prepubescent female's genitals are the sole focus of the camera. The prepubescent female is touching her genitals with her fingers.

10.   After *Miranda* advisement and waiver, HSI Tampa interviewed **OXLEY** and learned the following information. **OXLEY** lives in Polk City, Florida. Approximately two days to a week prior to embarkation of the Margaritaville cruise, **OXLEY** was on a Russian website that resembled the word "image" and observed images which he opened and saved from the website[3]. On or about December 21, 2024, **OXLEY** then deleted all the images he saved from the website. OXLEY stated he believed the images to be photoshopped to look like minors or created by artificial intelligence to look like minors. **OXLEY** stated he has been saving images sporadically from this website since his prior conviction for child pornography in 2012.

---

[3] Special Agents believe **OXLEY** is referring to the website "imgsrc.ru", which a site well known for hosting images and videos of child pornography and child erotica.

11.   Based on my training and experience, of the images and videos reviewed by Special Agents, the images and videos depicted actual minors. As stated in paragraph 9(b), agents recognized known-series which depicted actual minors.

## CONCLUSION

12.   Based on the foregoing facts, there is probable cause to believe that **OXLEY** transported child pornography, in violation of 18 U.S.C. § 2252(a)(1) and possessed child pornography, in violation of 18 U.S.C. 2252(a)(4)(b).

_____
Sara Angelosanto
Special Agent
Homeland Security Investigations

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this 22nd day of December, 2024.

_____
LINDSAY GRIFFIN
United States Magistrate Judge