UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | | |
|---|---|---|---|
| **CASE NO.:** 8:25-cr-019-WFJ-TGW | | **DATE:** | January 28, 2025 |
| **HONORABLE: THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES MATTHEW OXLEY | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Ilyssa Spergel, AUSA | |
| | | **DEFENSE COUNSEL**<br>Jason Mayberry, Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 11:04 AM – 11:08 AM | **TOTAL:** 4 mins | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS: Arraignment**

Defendant present and advised of charges.

Indictment copied to defendant.

Defendant waived formal reading of indictment.

Defendant not guilty plea entered as to counts     ALL

Trial Term: March 3, 2025, at 9:00 AM, before WFJ

Telephonic Status Conference: February 13, 2025, at 11:00 AM, before WFJ

Oral motion for discovery and reciprocal discovery. Both motions granted.

Defendants remains in custody.

Court adjourned.