UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-cr-019-WFJ-TGW

JAMES MATTHEW OXLEY

**JOINT STATUS REPORT**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order, the United States herein states as follows:

1. **Summary of the case's status:**

On December 23, 2024, James Oxley was arrested pursuant to a federal arrest warrant and complaint indictment, charging him with transporting and possessing child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (a)(B)(4). Doc. 1. On December 23, 2024, Oxley was detained pending trial. Docs. 8, 10.

On January 15, 2025, Oxley as indicted by a federal grand jury for transporting and possessing child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and (a)(B)(4), and possessing obscene visual depictions of minors engaged in sexually explicit conduct, in violation of U.S.C. § 1466A(b)(1) and (d)(4). Doc. 13.

Discovery was provided to defense counsel on January 21, 2025, March 17, 2025, April 24, 2025, and May 7, 2025. Additional discovery is only available for viewing at Homeland Security Investigations in Tampa for review.

2. **Possibility of a plea agreement as to each defendant:**

The parties have a signed plea agreement that will be filed.

3. **Number of days required for trial, for government's case-in-chief:**

If this case were to proceed to trial, the parties agree that the case would take approximately three to four days to try.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5. **Potential speedy trial problems:**

There are currently no speedy trial problems. Defense has waived speedy trial through December 31, 2025. Doc. 18. This matter is currently on the September trial calendar. Doc. 31.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

                                        Respectfully submitted,

                                        GREGORY W. KEHOE
                                        United States Attorney

By:   */s/ Ilyssa M. Spergel*
       Ilyssa M. Spergel
       Assistant United States Attorney
       United States Attorney
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Ilyssa.Spergel@usdoj.gov

U.S. v. Oxley                                                                           Case No. 8:25-cr-019-WFJ-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Ilyssa M. Spergel*
Ilyssa M. Spergel
Assistant United States Attorney
United States Attorney
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Ilyssa.Spergel@usdoj.gov

4