UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:25-CR-19-WFJ-TGW

JAMES MATTHEW OXLEY

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of Count One, a violation of 18 U.S.C. § 2252(a)(1) and (b)(1), transportation of child pornography, are as follows:

(1) the Defendant knowingly transported a visual depiction in interstate or foreign commerce by any means;

(2) producing the visual depiction involved using a minor engaged in sexually explicit conduct;

(3) the depiction shows a minor engaged in sexually explicit conduct; and

(4) the Defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct.

The essential elements of Count Two, a violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), transportation of child pornography, are as follows:

(1) That the Defendant knowingly possessed one or more matters that contained a visual depiction;

(2) the depiction had been shipped or transported using any means or facility of interstate or foreign commerce, or shipped or transported in or affecting interstate or foreign commerce;

(3) producing the visual depiction involved using a minor engaged in sexually explicit conduct;

(4) the depiction is of a minor engaged in sexually explicit conduct; and

(5) the defendant knew that at least one performer in the visual depiction was a minor and knew that the depiction showed the minor engaged in sexually explicit conduct.

The essential elements of Count Three, a violation of 18 U.S.C. § 1466A(b)(1) and (d)(4), possession of an obscene visual depiction of a minor engaging in sexually explicit conduct, are as follows:

(1) The defendant knowingly possessed a visual depiction of any kind, including computer-generated or AI-generated images;

(2) The visual depiction represents a minor engaged in sexually explicit conduct;

(3) The visual depiction is obscene;

(4) The defendant knew of the sexually explicit and obscene nature of the visual depiction; and

(5) The visual depiction was shipped or transported in interstate or foreign commerce by any means, including by computer.

## PENALTY

Count One is punishable by a mandatory minimum term of imprisonment of 15 years up to 40 years, a maximum fine of $250,000, a term of supervised release of at least 5 years to life, and a special assessment of $100.

Count Two is punishable by a mandatory minimum term of imprisonment of not less than 10 years nor more than 20 years, a maximum fine of $250,000, a term of supervised release of not less than 5 years, or life, and a special assessment of $100.

Count Three is punishable by a mandatory minimum term of imprisonment of 10 years up to 20 years, a maximum fine of $250,000, a term of supervised release of at least 5 years to life, and a special assessment of $100.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s), and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense(s), or to the community. 18 U.S.C. §§ 3663A(a) and (b) and 2259.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253, as outlined in the Indictment. Among the items that will be forfeited are the following: an iPhone 13, seized on or about December 22, 2024, and which asset was used in the commission of the offense.

The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

FACTUAL BASIS

In April 2012, James Matthew Oxley (Oxley) was adjudicated guilty in Orange County, Florida, for three counts of possession of a photograph or picture showing the sexual performance by a child, in violation of Florida Statute 827.071(5). This prior conviction, under the laws of the State of Florida, related to possession of child

pornography, and required Oxley to register as a sexual offender. Oxley resides in the Middle District of Florida.

On December 17, 2024, Oxley traveled from the Tampa seaport, in the Middle District of Florida, on board the Margaritaville at Sea Islander cruise ship, which made two stops in Mexico, and then returned to the Tampa seaport on December 22, 2024.

On December 22, 2024, upon disembarking in Tampa, all individuals aboard the ship went through customs and Oxley was referred to secondary inspection. While in secondary inspection, CBP (Customs and Border Patrol) officers discovered suspected child pornography on his cellular phone, an iPhone 13. This cellular phone contains parts that were manufactured outside the United States.

Homeland Security Investigations (HSI) took over the investigation and initial searches of Oxley's iPhone 13 revealed thousands of images and approximately 6 videos in a folder tilted "Recently Deleted," only 17 of which were not child sexual abuse material (CSAM) or child erotica. All the images of child pornography and child erotica appeared to have been deleted on or about December 21, 2024. Law enforcement spoke with Oxley, and he admitted to saving images from a website, but believed them to be AI generated. Oxley admitted to downloading the images from the deleted folder approximately a few days to a week prior to the cruise and then deleted them on or about December 21, 2024.

A forensic search of the iPhone 13 revealed approximately 191 images and 9 videos of CSAM. The National Center for Missing and Exploited Children (NCMEC) identified 91 images and a total of 38 series of known CSAM. Law enforcement also

observed over a thousand images that appeared to be modified by Oxley, zooming in on the genitals of the person depicted. Law enforcement also observed approximately 164 AI generated CSAM.

An example of the CSAM recovered included a photograph depicting a prepubescent female between the ages of five and eight standing nude with her breasts and front of her genitals exposed to the camera, manipulating her genitals with her finger. An example of an AI generated image recovered depicted a prepubescent female between the ages of eight and eleven. The prepubescent female's mouth is open with her tongue sticking out. There is ejaculate on the prepubescent female's face.

Additionally, law enforcement located a CSAM video, approximately one minute and three seconds (1:03) in length, which appeared through forensics to be last modified on October 2, 2024, and was in the deleted folder on December 21, 2024, but not permanently deleted. This video depicted a prepubescent female between the ages of nine and twelve wearing a shirt and a thong style underwear. The prepubescent female removed her underwear as she touched her genitals. The prepubescent female continued touching her genitals and anus as the camera focused on them. All of the images and videos in the deleted folder were still readily available to the phone user. Forensic information on the images and videos revealed some dated back to 2023.

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it

intended to include, all the events, persons involved, or other information relating to this case.

          Respectfully submitted,

          GREGORY W. KEHOE
          United States Attorney

By:   */s/ Ilyssa M. Spergel*
      Ilyssa M. Spergel
      Assistant United States Attorney
      Florida Bar No. 102856
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Ilyssa.Spergel@usdoj.gov

U.S. v. Oxley                                              Case No. 8:25-CR-19-WFJ-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                          /s/ Ilyssa M. Spergel
                                          Ilyssa M. Spergel
                                          Assistant United States Attorney
                                          Florida Bar No. 102856
                                          400 N. Tampa Street, Suite 3200
                                          Tampa, Florida 33602-4798
                                          Telephone:  (813) 274-6000
                                          Facsimile:    (813) 274-6358
                                          E-mail: Ilyssa.Spergel@usdoj.gov