UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:25-CR-19-WFJ-TGW

JAMES MATTHEW OXLEY

**UNITED STATES' NOTICE OF ENHANCED PENALTIES BASED ON DEFENDANT'S PRIOR CHILD SEX OFFENSE CONVICTION**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this Notice of Enhanced Penalties pursuant to 18 U.S.C. §§ 2252(b)(1) and (b)(2), and 2252A(b)(1) and (b)(2), based on Defendant's prior conviction, and contends that:

1.   A grand jury returned an indictment against the defendant, charging him with the following offense:

Count One: On or between December 17, 2024 and December 22, 2024, the defendant did knowingly transport and ship using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, any visual depiction, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(1) and (b)(1).

Count Two: From an unknown date and continuing to on or about December 22, 2024, the defendant did knowingly possess matters which contained a visual depiction that had been shipped and transported using any means and facility of

interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce, by any means when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor who had not attained 12 years of age, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

<u>Count Three</u>: Beginning on an unknown date and continuing to on or about December 22, 2024, the defendant did knowingly possess visual depictions of any kind, computer-generated and AI-generated images, that depict minors engaging in sexually explicit conduct and that are obscene, and which were shipped and transported in interstate and foreign commerce and were shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 1466A(b)(1) and (d)(4), and punishable under 2252A(b)(2).

2.     Pursuant to 18 U.S.C. § 2252(b)(1), if any person commits such a violation after a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under the Uniform Code of Military Justice or the laws of any State relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such personal shall be sentenced to enhanced penalties.

3.     Pursuant to 18 U.S.C. § 2252(b)(2), if any person commits such a violation after a prior conviction under this chapter, chapter 71, chapter 109A, or

chapter 117 or under section 920 of Title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be sentenced to enhanced penalties.

4. Pursuant to 18 U.S.C. § 2252A(b)(2), if any person commits such a violation after a prior conviction under this chapter, chapter 71, chapter 109A, or chapter 117, or under the Uniform Code of Military Justice or the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be sentenced to enhanced penalties.

5. Prior to the offense charged in this case, the defendant was convicted of the following violations of the laws of the State of Florida relating to the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography:

> Possessing material depicting the sexual performance of a child, in violation of Florida Statute 827.071.5, Case No. 2011-CF-1135, in the Ninth Judicial Circuit, in and for Orange County, Florida, on or about April 11, 2012.

6.     Because defendant's prior conviction for possessing material depicting the sexual performance of a child is a violation under the State of Florida involving possessing child pornography, the enhanced penalty provisions of 18 U.S.C. §§ 2252(b)(1) (Count One), 2252(b)(2) (Count Two), and 2252A(b)(2)[1] (Count Three) apply. If convicted, defendant faces the following minimum and maximum penalties for the charges set forth in Counts One, Two and Three of the Indictment in this case:

Count One: This Count is punishable by a mandatory minimum term of imprisonment of 15 years up to 40 years, a term of supervised release of at least 5 years to life, and a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18.

Count Two: This count is punishable by a mandatory minimum term of imprisonment of not less than 10 years nor more than 20 years, a term of supervised release of not less than 5 years, or life, and a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18.

Count Three: This count is punishable by a mandatory minimum term of imprisonment of not less than 10 years nor more than 20 years, a term of supervised release of not less than 5 years, or life, and a fine not to exceed the greater of that authorized in accordance with the provisions of Title 18.

---

[1] 18 U.S.C. § 1466A(a) provides that violations of this section "shall be subject to the penalties provided in section 2252A(b)(1), including the penalties provided for cases involving a prior conviction.

7. Accordingly, the United States respectfully requests that upon the defendant's conviction for the offenses charged in Counts One, Two, and Three, the Court apply the enhanced penalty provisions of 18 U.S.C. §§ 2252(b)(1) and (b)(2) and 2252A(b)(2) in determining an appropriate sentence in this case.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   */s/ Ilyssa M. Spergel*
    Ilyssa M. Spergel
    Assistant United States Attorney
    Florida Bar No. 0102856
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6300
    Facsimile: (813) 274-6178
    E-mail: ilyssa.spergel@usdoj.gov

U.S. v. Oxley                                              Case No. 8:25-CR-19-WFJ-TGW

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I filed the foregoing document with the Clerk of the Court and sent a copy to counsel of record.

/s/Ilyssa M. Spergel
Ilyssa M. Spergel
Assistant United States Attorney
Florida Bar No. 0102856
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6300
Facsimile: (813) 274-6178
E-mail: ilyssa.spergel@usdoj.gov