UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:25-cr-19-WFJ-TGW | DATE: | September 17, 2025 |
|---|---|---|---|
| **HONORABLE THOMAS G. WILSON** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA v. JAMES MATTHEW OXLEY | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL** Ilyssa Spergel AUSA | |
| | | **DEFENSE COUNSEL** Jason Mayberry Esq. | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 11:08 TO 11:38 | **TOTAL:** 30 min | **PROBATION:** | |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS:**     **GUILTY PLEA PROCEEDINGS –**

DEFENDANT SWORN.     **NOTICE OF ESSENTIAL ELEMENTS, FILED.**

Factual basis established.

Plea of guilty entered as to COUNTS ONE, TWO, AND THREE OF THE INDICTMENT.

Adjudication of guilt **deferred**.

Referred to probation for pre-sentence investigation.

Sentencing scheduled for: to be determined.

**DEFENDANT REMANDED.**