# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE WILLIAM F. JUNG

| CASE NO. 8:25-cr-19-WFJ-TGW | DATE: January 7, 2026 |
|---|---|
| TITLE: USA v. **James Matthew Oxley** | |
| TIME: 11:39AM – 12:30PM | TOTAL: 51 minutes |

| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
|---|---|
| Court Reporter: Tana Hess | Probation: Jessica Racaza |
| Counsel for Government: | Ilyssa Spergel |
| Counsel for Defendant: | Jason Matthew Mayberry |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, and Three of the Indictment.

Counsel addressed the Court.

Defendant's objections to the Final Presentence Investigation Report:
1. Objection to the Lack of Application of Specific Offense Characteristic under 2G2.2(b)(1) (also impacting Paragraphs 43, 47, 86, and 98: SUSTAINED for the reasons stated on the record.

Victim addressed the Court.

Defendant addressed the Court.

Defendant's *Oral Motion for Downward Departure* is DENIED for the reasons stated on the record.

Imprisonment: 360 months. This term consists of a 360-month term as to Count One and a 240-month term as to Counts Two and Three, all such terms to run concurrently.

1

Supervised Release: LIFE.  This term consists of a LIFE term as to Counts One, Two, and Three, all such terms to run concurrently.

Fine is waived.

Restitution: $18,000.00 *(See Criminal Monetary Penalties section of the Judgment for details).*

Special Assessment: $300.  This obligation is to be paid immediately.

AVAA Assessment:  $17,000.

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCC Coleman as his first choice, FCI Miami as his second choice and FCI Marianna as his third choice.

Special conditions of supervised release:

- Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon the completion of this program, Defendant is directed to submit to random drug testing.

- Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes.   Defendant shall follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third-party payments and in conformance with the Probation Office's Sliding Scale for Treatment Services.

- Defendant shall register with the state sexual offender registration agency(s) in any state where Defendant resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

- The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct Defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

- Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

- Defendant is prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.

- Without prior written approval of the probation officer, Defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet café, your place of employment, or an educational facility. Also, Defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use such a device, Defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

- Defendant shall have no contact, direct or indirect, with victims of these offenses.

- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the

    United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

- Defendant shall provide the probation officer access to any requested financial information.

- Defendant shall refrain from engaging in any employment related to the direct interaction with minors and/or employment that requires close proximity to minors.

- Defendant shall pay restitution in the amount of $18,000 to the victims of these offenses. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. While in Bureau of Prisons custody, Defendant shall either (1) pay at least $25 quarterly if Defendant has a non-Unicor job or (2) pay at least 50% of Defendant's monthly earnings if Defendant has a Unicor job. Upon release from custody, Defendant shall pay restitution at the rate of $250 per month. At any time during the course of post-release supervision, the victim, Government, or Defendant, may notify the Court of a material change in Defendant's ability to pay, and the Court may adjust the payment schedule accordingly. The Court finds that Defendant does not have the ability to pay interest, and the Court waives the interest requirement for the restitution

- Defendant shall refrain from any unlawful use of controlled substances. Defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. Defendant shall submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.