**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                          Case No.: 8:25-cr-19-WFJ-TGW

**JAMES OXLEY**

_____ :

**NOTICE OF APPEAL**

NOTICE is hereby given that James Oxley, Defendant above-named, by and through his undersigned attorney, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment of Conviction and Sentence entered in the proceeding on January 14, 2026 (Doc. 59), and all previous rulings against the Defendant.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of January, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Office of the United States Attorney
400 North Tampa Street, Suite 3200
Tampa, FL 33602

/S/ Jason M. Mayberry
MAYBERRY LAW FIRM, LLC
Jason M. Mayberry
402 E. 7th Ave.
Tampa, FL 33602
Ph-813-444-7435
Fx-727-755-0098
FBN- 36212
Attorney for the Defendant