APPEAL,CLOSED,SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: <u>8:25−cr−00019−WFJ−TGW</u> All Defendants

Case title: USA v. Oxley

Magistrate judge case number:  8:24−mj−03002−LSG

Date Filed: 01/15/2025

Date Terminated: 01/14/2026

---

Assigned to: Judge William F. Jung
Referred to: Magistrate Judge Thomas G. Wilson

**Defendant (1)**

| | |
|---|---|
| **James Matthew Oxley**<br>*TERMINATED: 01/14/2026*<br>*also known as*<br>James Oxley<br>*TERMINATED: 01/14/2026* | represented by **Jason Matthew Mayberry**<br>Mayberry Law Firm, LLC<br>402 E. 7th Ave<br>Tampa, FL 33602<br>813−444−7435<br>Fax: 727−755−0098<br>Email: jason@mayberryfirm.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Yamilette Alvarez**<br>Federal Public Defender Florida Middle<br>400 N. Tampa St.<br>Suite 2700<br>Tampa, FL 33602<br>813−228−2715<br>Email: yamilette_alvarez@fd.org<br>*TERMINATED: 01/29/2025*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts** | **Disposition**
---|---
18:2252.F SEXUAL EXPLOITATION OF MINORS<br>(1−2) | Imprisonment: 360 Months. This term consists of a 360−month term as to Count One and a 240−month term as to Counts Two and Three, all such terms to run concurrently; Supervised Release: LIFE. This term consists of a LIFE term as to Counts One, Two, and Three, all

| | |
|---|---|
| | such terms to run concurrently; Fine: Waived; Special Assessment: $300.00; AVAA Assessment: $17,000.00; Restitution: $18,000.00 |
| 18:1466.F SELLING/TRANSFERRING OBSCENE MATTER (3) | Imprisonment: 360 Months. This term consists of a 360−month term as to Count One and a 240−month term as to Counts Two and Three, all such terms to run concurrently; Supervised Release: LIFE. This term consists of a LIFE term as to Counts One, Two, and Three, all such terms to run concurrently; Fine: Waived; Special Assessment: $300.00; AVAA Assessment: $17,000.00; Restitution: $18,000.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A.F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO | Imprisonment: 360 Months. This term consists of a 360−month term as to Count One and a 240−month term as to Counts Two and Three, all such terms to run concurrently; Supervised Release: LIFE. This term consists of a LIFE term as to Counts One, Two, and Three, all such terms to run concurrently; Fine: Waived; Special Assessment: $300.00; AVAA Assessment: $17,000.00; Restitution: $18,000.00 |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Ilyssa Spergel** United States Attorneys Office 400 N. Tampa Street., Suite 3200 Tampa, FL 33602 Email: Ilyssa.Spergel@usdoj.gov ATTORNEY TO BE NOTICED *Designation: Retained* |
| | | **James A. Muench** |

US Attorney's Office – FLM<br>
Suite 3200<br>
400 N Tampa St<br>
Tampa, FL 33602–4798<br>
813/274–6000<br>
Email: james.muench2@usdoj.gov<br>
ATTORNEY TO BE NOTICED<br>
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2026 | 62 | MOTION to Withdraw as Attorney by Jason Mayberry. by James Matthew Oxley. (Mayberry, Jason) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 01/16/2026) |
| 01/16/2026 | 61 | NOTICE OF APPEAL by James Matthew Oxley re 59 Judgment. Filing fee not paid. (Mayberry, Jason) (Entered: 01/16/2026) |
| 01/14/2026 | 59 | **JUDGMENT as to James Matthew Oxley (1), Count(s) 1–2, 3, Imprisonment: 360 Months. This term consists of a 360–month term as to Count One and a 240–month term as to Counts Two and Three, all such terms to run concurrently; Supervised Release: LIFE. This term consists of a LIFE term as to Counts One, Two, and Three, all such terms to run concurrently; Fine: Waived; Special Assessment: $300.00; AVAA Assessment: $17,000.00; Restitution: $18,000.00 Signed by Judge William F. Jung on 1/12/2026. (GL)** (Additional attachment(s) added on 1/14/2026: # 1 Sealed Victim List) (GL). (Entered: 01/14/2026) |
| 01/07/2026 | 58 | Minute Entry for In Person proceedings held before Judge William F. Jung: SENTENCING held on 1/7/2026 for James Matthew Oxley (1), 1–2, 3, Imprisonment: 360 Months. This term consists of a 360–month term as to Count One and a 240–month term as to Counts Two and Three, all such terms to run concurrently; Supervised Release: LIFE. This term consists of a LIFE term as to Counts One, Two, and Three, all such terms to run concurrently; Fine: Waived; Special Assessment: $300.00; AVAA Assessment: $17,000.00; Restitution: $18,000.00. Court Reporter: Tana Hess. (GL) (Entered: 01/14/2026) |
| 12/29/2025 | 57 | **ORDER granting 56 Motion for Forfeiture of Property as to James Matthew Oxley (1). Signed by Judge William F. Jung on 12/29/2025. (GL)** (Entered: 12/29/2025) |
| 12/24/2025 | 56 | MOTION for Forfeiture of a Final Order by USA as to James Matthew Oxley. (Muench, James) (Entered: 12/24/2025) |
| 12/17/2025 | 54 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 12/18/2025 is rescheduled as to James Matthew Oxley. New hearing date and time: Sentencing set for Wednesday, January 7, 2026 at 11:30AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 12/17/2025) |
| 12/16/2025 | 53 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for 12/18/2025 is rescheduled as to James Matthew Oxley. New hearing date and time: Sentencing set for Thursday, December 18, 2025 at 9:30AM in Tampa Courtroom 7 A before Judge William F. Jung. (GL) (Entered: 12/16/2025) |
| 12/15/2025 | 51 | |

| | | |
|---|---|---|
| | | SENTENCING MEMORANDUM by James Matthew Oxley (Mayberry, Jason) (Entered: 12/15/2025) |
| 12/01/2025 | 48 | NOTICE OF RESCHEDULING HEARING (AS TO COURTROOM ONLY) as to James Matthew Oxley. Sentencing set for Thursday, December 18, 2025 at 11:00AM in Tampa Courtroom 7A before Judge William F. Jung. (GL) (Entered: 12/01/2025) |
| 11/17/2025 | 46 | PROOF OF PUBLICATION as to James Matthew Oxley newspaper: Official Government Internet Site (www.forfeiture.gov) dates of publication: 30 consecutive days from October 16, 2025 through November 14, 2025. (Muench, James) (Entered: 11/17/2025) |
| 10/15/2025 | 45 | **ORDER granting 44 Motion for Forfeiture of Property as to James Matthew Oxley (1). Signed by Judge William F. Jung on 10/15/2025. (GL)** (Entered: 10/15/2025) |
| 10/10/2025 | 44 | MOTION for Forfeiture of a Preliminary Order by USA as to James Matthew Oxley. (Muench, James) (Entered: 10/10/2025) |
| 10/03/2025 | 43 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count(s) 1, 2, and 3 of the Indictment as to James Matthew Oxley. Signed by Judge William F. Jung on 10/3/2025. Sentencing set for Thursday, December 18, 2025 at 11:00 AM in Tampa Courtroom 15B before Judge William F. Jung. (GL) (Entered: 10/03/2025) |
| 09/17/2025 | 42 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count(s) 1, 2 and 3 of the INDICTMENT as to James Matthew Oxley. Signed by Magistrate Judge Thomas G. Wilson on 9/17/2025. (LV)** (Entered: 09/17/2025) |
| 09/17/2025 | 41 | CONSENT regarding entry of a plea of guilty as to James Matthew Oxley. (LV) (Entered: 09/17/2025) |
| 09/17/2025 | 40 | CONSENT to institute presentence investigation report as to James Matthew Oxley. (LV) (Entered: 09/17/2025) |
| 09/17/2025 | 38 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas G. Wilson: GUILTY PLEA HEARING as to James Matthew Oxley held on 9/17/2025. (digital) (LV) (Entered: 09/17/2025) |
| 09/03/2025 | 37 | NOTICE OF HEARING as to James Matthew Oxley: Guilty Plea Hearing set for 9/17/2025 at 11:00 AM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (KMN) (Entered: 09/03/2025) |
| 09/02/2025 | 36 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to James Matthew Oxley (Spergel, Ilyssa) (Entered: 09/02/2025) |
| 09/02/2025 | 35 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to James Matthew Oxley (Spergel, Ilyssa) (Entered: 09/02/2025) |
| 09/02/2025 | 34 | **ENDORSED ORDER as to James Matthew Oxley. The parties are protected through September 12, 2025; but this matter will be tried in September. Signed by Judge William F. Jung on 9/2/2025. (Jung, William)** (Entered: 09/02/2025) |
| 08/22/2025 | 33 | **SEPTEMBER 2025 TRIAL CALENDAR as to James Matthew Oxley. Signed by Judge William F. Jung on 8/22/2025. (GL)** (Entered: 08/22/2025) |
| 08/14/2025 | 32 | |

| | | |
|---|---|---|
| | | STATUS REPORT *Joint* by USA as to James Matthew Oxley (Spergel, Ilyssa) (Entered: 08/14/2025) |
| 07/10/2025 | | Set Deadline as to James Matthew Oxley: The next status in this case is set for August 2025. In lieu of a telephonic status conference, the parties are directed to file a Joint Status Report due by Thursday, August 14, 2025. The joint status report should include a suggested trial date and any speedy trial issues. (KAC) (Entered: 07/10/2025) |
| 07/10/2025 | 31 | **ORAL ORDER granting 30 Defendant's Oral Motion to Continue Trial as to James Matthew Oxley (1). Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, the reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial. This case is now set on the September 2025 Trial Term. Signed by Judge William F. Jung on 7/10/2025. (KAC)** (Entered: 07/10/2025) |
| 07/10/2025 | 30 | Defendant's Oral MOTION to Continue Trial by James Matthew Oxley. (KAC) (Entered: 07/10/2025) |
| 07/10/2025 | <u>29</u> | Minute Entry for Telephonic proceedings held before Judge William F. Jung: STATUS CONFERENCE as to James Matthew Oxley held on 7/10/2025. Court Reporter: Tana Hess (KAC) (Entered: 07/10/2025) |
| 06/04/2025 | 28 | NOTICE OF HEARING as to James Matthew Oxley: Jury Trial is set for date certain commencing 8/18/2025 at 09:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. (JCG) (Entered: 06/04/2025) |
| 05/08/2025 | 27 | **ORAL ORDER granting 26 Motion to Continue as to James Matthew Oxley (1). Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.**<br><br>**Jury Trial is set for the August 2025 Trial Term commencing 8/4/2025 at 09:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. Status Conference is set for 7/10/2025 at 11:00 AM before Judge William F. Jung. Counsel are directed to call the reserved conference toll–free number at 1–650–479–3207. You will be prompted to enter the access code: 23153069192. Please call in at least 10 minutes before the scheduled hearing.**<br><br>**Although the Status Conference is taking place by telephone, the parties are hereby reminded that under Local Rule 5.01 the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, lawyers, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited. Signed by Judge William F. Jung on 5/8/2025. (JCG)** (Entered: 05/08/2025) |
| 05/08/2025 | 26 | ORAL MOTION to Continue trial by James Matthew Oxley. (JCG) (Entered: 05/08/2025) |

| | | |
|---|---|---|
| 05/08/2025 | 25 | Minute Entry for Telephonic proceedings held before Judge William F. Jung: STATUS CONFERENCE as to James Matthew Oxley held on 5/8/2025. Court Reporter: Tana Hess (JCG) (Entered: 05/08/2025) |
| 02/24/2025 | 24 | **ENDORSED ORDER granting 23 Motion to Continue as to James Matthew Oxley (1). Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.**<br><br>**Jury Trial is set for the June 2025 Trial Term commencing 6/2/2025 at 09:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. Status Conference is set for 5/8/2025 at 11:00 AM before Judge William F. Jung. Counsel are directed to call the reserved conference toll–free number at 1–650–479–3207. You will be prompted to enter the access code: 23052470802. Please call in at least 10 minutes before the scheduled hearing.**<br><br>**Although the Status Conference is taking place by telephone, the parties are hereby reminded that under Local Rule 5.01 the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, lawyers, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited. Signed by Judge William F. Jung on 2/24/2025. (JCG)** (Entered: 02/24/2025) |
| 02/24/2025 | 23 | First MOTION to Continue trial *to June Trial Term* by James Matthew Oxley. (Mayberry, Jason) (Entered: 02/24/2025) |
| 02/05/2025 | 22 | NOTICE OF RESCHEDULING HEARING: The Status Conference hearing previously scheduled for 2/13/25 is rescheduled as to James Matthew Oxley. New hearing date and time: Telephonic Status Conference is set for 2/27/2025 at 11:00 AM before Judge William F. Jung. Counsel are directed to call the reserved conference toll–free number at 1–650–479–3207. You will be prompted to enter the access code: 23100953223. Please call in at least 10 minutes before the scheduled hearing.<br><br>Although the Status Conference is taking place by telephone, the parties are hereby reminded that under Local Rule 5.01 the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, lawyers, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited. (JCG) (Entered: 02/05/2025) |
| 01/29/2025 | 20 | **ORDER granting 19 Motion to Withdraw as Attorney as to James Matthew Oxley (1). Signed by Magistrate Judge Thomas G. Wilson on 1/29/2025. (Wilson, Thomas)** (Entered: 01/29/2025) |
| 01/29/2025 | 19 | MOTION to Withdraw as Attorney by Yamilette Alvarez/Federal Defender's Office. by James Matthew Oxley. (Alvarez, Yamilette) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 01/29/2025) |
| 01/28/2025 | 21 | |

6

|  |  | **PRETRIAL discovery order and notice** as to James Matthew Oxley. Jury Trial set for 3/3/2025 at 09:00 AM in Tampa Courtroom 15 B before Judge William F. Jung. Telephonic Status Conference set for 2/13/2025 at 11:00 AM in before Judge William F. Jung. Signed by Magistrate Judge Thomas G. Wilson on 1/28/2025. **(KMN)** (Entered: 01/30/2025) |
|---|---|---|
| 01/28/2025 | 18 | WAIVER of speedy trial through 12/31/2025 by James Matthew Oxley (Mayberry, Jason) (Entered: 01/28/2025) |
| 01/28/2025 | 17 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas G. Wilson: ARRAIGNMENT as to James Matthew Oxley (1) Count 1−2, 3, held on 1/28/2025 Defendant(s) pled not guilty. (DIGITAL) (KMN) (Entered: 01/28/2025) |
| 01/23/2025 | 16 | NOTICE OF HEARING as to James Matthew Oxley: Arraignment set for 1/28/2025 at 11:00 AM in Tampa Courtroom 12 A before Magistrate Judge Thomas G. Wilson. (KMN) (Entered: 01/23/2025) |
| 01/21/2025 | 15 | NOTICE OF ATTORNEY APPEARANCE James A. Muench appearing for USA. (Muench, James) (Entered: 01/21/2025) |
| 01/15/2025 | 13 | INDICTMENT returned in open court as to James Matthew Oxley (1) count(s) 1−2, 3. (Attachments: # 1 Restricted Unredacted Indictment) (LD) (Entered: 01/16/2025) |
| 01/02/2025 | 12 | NOTICE OF ATTORNEY APPEARANCE: Yamilette Alvarez appearing for James Oxley (Alvarez, Yamilette) [8:24−mj−03002−LSG] (Entered: 01/02/2025) |
| 12/26/2024 | 11 | Arrest Warrant Returned Executed on 12/22/24 as to James Oxley. (JKB) [8:24−mj−03002−LSG] (Entered: 12/26/2024) |
| 12/23/2024 | 10 | **ORDER OF DETENTION PENDING TRIAL as to James Oxley Signed by Magistrate Judge Natalie Hirt Adams on 12/23/2024. (CDR)** [8:24−mj−03002−LSG] (Entered: 12/26/2024) |
| 12/23/2024 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Natalie Hirt Adams: ORAL ORDER granting 4 ORAL MOTION to Appoint Counsel as to James Oxley (1); ORAL ORDER granting 6 ORAL MOTION for Detention as to James Oxley (1); ORAL ORDER denying 7 ORAL MOTION for Release from Custody as to James Oxley (1); Initial Appearance as to James Oxley held on 12/23/2024; DETENTION HEARING as to James Oxley held on 12/23/2024. (DIGITAL) (Interpreter/Language: N/A) (CDR) [8:24−mj−03002−LSG] (Entered: 12/24/2024) |
| 12/23/2024 | 7 | ORAL MOTION for Release from Custody by James Oxley. (CDR) [8:24−mj−03002−LSG] (Entered: 12/23/2024) |
| 12/23/2024 | 6 | ORAL MOTION for Detention by USA as to James Oxley. (CDR) [8:24−mj−03002−LSG] (Entered: 12/23/2024) |
| 12/23/2024 | 5 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20−mc−20−TJC, Doc 1 as to James Oxley: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (CDR) [8:24−mj−03002−LSG] (Entered: 12/23/2024) |

| | | |
|---|---|---|
| 12/23/2024 | 4 | ORAL MOTION to Appoint Counsel by James Oxley. (CDR) [8:24–mj–03002–LSG] (Entered: 12/23/2024) |
| 12/22/2024 | 3 | ***CJA 23 Financial Affidavit by James Oxley. (CDR) [8:24–mj–03002–LSG] (Entered: 12/23/2024) |
| 12/22/2024 |   | Arrest of James Oxley on 12/22/2024 (CDR) [8:24–mj–03002–LSG] (Entered: 12/23/2024) |
| 12/22/2024 | 1 | COMPLAINT as to James Oxley (1). (ABC) [8:24–mj–03002–LSG] (Entered: 12/23/2024) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.: 8:25-cr-19-WFJ-TGW

JAMES OXLEY

_____:

### NOTICE OF APPEAL

NOTICE is hereby given that James Oxley, Defendant above-named, by and through his undersigned attorney, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment of Conviction and Sentence entered in the proceeding on January 14, 2026 (Doc. 59), and all previous rulings against the Defendant.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of January, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Office of the United States Attorney
400 North Tampa Street, Suite 3200
Tampa, FL 33602

/S/ Jason M. Mayberry
MAYBERRY LAW FIRM, LLC
Jason M. Mayberry
402 E. 7th Ave.
Tampa, FL 33602
Ph-813-444-7435
Fx-727-755-0098
FBN- 36212
Attorney for the Defendant

9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | Case Number: 8:25-cr-19-WFJ-TGW |
|---|---|
| v. | USM Number: 53088-511 |
| JAMES MATTHEW OXLEY | Jason Matthew Mayberry, Retained |

## JUDGMENT IN A CRIMINAL CASE

Defendant pleaded guilty to Counts One, Two, and Three of the Indictment. Defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 2251(a)(1) and (b)(1) | Transportation of Child Pornography | On or about December 22, 2024 | One |
| 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography, | On or about December 22, 2024 | Two |
| 18 U.S.C. §§ 1466A(b)(1) and (d)(4), and 2252A(b)(2) | Possession of an Obscene Visual Depiction of a Minor Engaging in Sexually Explicit Conduct | On or about December 22, 2024 | Three |

Defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that Defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, Defendant shall notify the Court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Judgment:

January 7, 2026

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

January 12, 2026

James Matthew Oxley
8:25-cr-19-WFJ-TGW

## IMPRISONMENT

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 360 months. This term consists of a 360-month term as to Count One and a 240-month term as to Counts Two and Three, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCC Coleman as his first choice, FCI Miami as his second choice and FCI Marianna as his third choice.

Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

James Matthew Oxley
8:25-cr-19-WFJ-TGW

## SUPERVISED RELEASE

Upon release from imprisonment, Defendant will be on supervised release for a term of LIFE. This term consists of a LIFE term as to Counts One, Two, and Three, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. Defendant shall not commit another federal, state or local crime.
2. Defendant shall not unlawfully possess a controlled substance.
3. The Mandatory drug testing requirements of the Violent Crime Control Act are imposed. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. You must submit to random drug testing not to exceed 104 tests per year.
4. Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.
5. Defendant shall make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.
6. Defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the Probation Officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

Defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, Defendant shall comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by Probation Officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. Defendant shall report to the Probation Office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the Probation Officer instructs you to report to a different Probation Office or within a different time frame.
2. After initially reporting to the Probation Office, you will receive instructions from the court or the Probation Officer about how and when Defendant shall report to the Probation Officer, and Defendant shall report to the Probation Officer as instructed.
3. Defendant shall not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the Probation Officer.
4. Defendant shall answer truthfully the questions asked by your Probation Officer
5. Defendant shall live at a place approved by the Probation Officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer in

James Matthew Oxley
8:25-cr-19-WFJ-TGW

    advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.

6. Defendant shall allow the Probation Officer to visit you at any time at your home or elsewhere, and Defendant shall permit the Probation Officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. Defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the Probation Officer excuses you from doing so. If you do not have full-time employment Defendant shall try to find full-time employment, unless the Probation Officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), Defendant shall notify the Probation Officer at least 10 days before the change. If notifying the Probation Officer at least 10 days in advance is not possible due to unanticipated circumstances, Defendant shall notify the Probation Officer within 72 hours of becoming aware of a change or expected change.
8. Defendant shall not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, Defendant shall not knowingly communicate or interact with that person without first getting the permission of the Probation Officer.
9. If you are arrested or questioned by a law enforcement officer, Defendant shall notify the Probation Officer within **72 hours**.
10. Defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. Defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the Probation Officer determines that you pose a risk to another person (including an organization), the Probation Officer may require you to notify the person about the risk and Defendant shall comply with that instruction. The Probation Officer may contact the person and confirm that you have notified the person about the risk.
13. Defendant shall follow the instructions of the Probation Officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. Probation Officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____   Date:_____

James Matthew Oxley
8:25-cr-19-WFJ-TGW

## SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

2. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes. Defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payments and in conformance with the Probation Office's Sliding Scale for Treatment Services.

4. Defendant shall register with the state sexual offender registration agency(s) in any state where Defendant resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

5. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct Defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

6. Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

7. Defendant is prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.

8. Without prior written approval of the probation officer, Defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet café, your place of employment, or an educational facility. Also, Defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use such a device, Defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this

**James Matthew Oxley**
**8:25-cr-19-WFJ-TGW**

    condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

9. Defendant shall have no contact, direct or indirect, with victims of these offenses.

10. Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

11. Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

12. Defendant shall provide the probation officer access to any requested financial information.

13. Defendant shall refrain from engaging in any employment related to the direct interaction with minors and/or employment that requires close proximity to minors.

## CRIMINAL MONETARY PENALTIES

Defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|
| $300<br>To be paid immediately | $18,000 | WAIVED | $17,000 | $0.00 |

Defendant must make restitution (including community restitution) to the following payees in the amount listed below. Restitution is payable to the Clerk, U.S. District Court for distribution to the victims. Victim list is attached under seal.

---

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pu. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub.L. No. 114-22.
***Findings for the total amount of losses, are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

James Matthew Oxley
8:25-cr-19-WFJ-TGW

If Defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Restitution Ordered |
|---|---|
| Clerk, U.S. District Court<br>ATTN: DCU<br>401 W Central Boulevard<br>Suite 1200<br>Orlando, FL 32801 | $18,000.00 |

## SCHEDULE OF PAYMENTS

Having assessed Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

Special Assessment shall be paid in full and is due immediately.

Defendant shall pay restitution in the amount of $18,000 to the victims of these offenses. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. While in Bureau of Prisons custody, Defendant shall either (1) pay at least $25 quarterly if Defendant has a non-Unicor job or (2) pay at least 50% of Defendant's monthly earnings if Defendant has a Unicor job. Upon release from custody, Defendant shall pay restitution at the rate of $250 per month. At any time during the course of post-release supervision, the victim, Government, or Defendant, may notify the Court of a material change in Defendant's ability to pay, and the Court may adjust the payment schedule accordingly. The Court finds that Defendant does not have the ability to pay interest, and the Court waives the interest requirement for the restitution

Unless the Court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States attorney.

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, and (9) penalties, and (10) costs, including cost of prosecution and court costs.

James Matthew Oxley
8:25-cr-19-WFJ-TGW

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture, that are subject to forfeiture.